IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

MARIBEL HERNANDEZ,

    Plaintiff,

v.

FRANK BISIGNANO,
COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Civil Action No.: 2:25-cv-00446-E

**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. §2412(d)**

Based upon the parties' Joint Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that fees in the amount of $1,328.10, as authorized by 28 U.S.C. §2412, be awarded subject to the terms of the Stipulation.

Dated: 6/5/2025

                            Magistrate Judge Charles F. Eick